UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEAN MONSIEN WILLIAMS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JEFF NORMAN, )<br>)<br>Respondent. ) | No. 4:18-CV-643 ACL |

## MEMORANDUM AND ORDER

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. As such, petitioner will be required to either file a motion for leave to proceed in forma pauperis, or pay the full $5 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

/s/ Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of April, 2018.